ARMIN ERBSLAND et al., Appellants, v. LEONARD J. VECCHIOLLA, as a Justice of the City Court of the City of Rye, et al., Respondents.—

Christ, P. J., Rabin, Hopkins, Munder and Benjamin, JJ., concur. [59 Misc 2d 965.]